## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| ANGEL KAYE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 4:17-cv-02138-JEO |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant. ) | |

### **MEMORANDUM OPINION**

Plaintiff Angel Kaye Jones brings this action pursuant to 42 U.S.C. § 405(g), seeking review of the final decision of the Acting Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits. (Doc. 1). The case has been assigned to the undersigned United States Magistrate Judge pursuant to this court's general order of reference. The parties have consented to the jurisdiction of this court for disposition of the matter. (Doc. 15).

This matter is before the court on Plaintiff's motion to correct the record (doc. 11) and to remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) (doc. 12) and upon the Commissioner's unopposed motion for entry of a judgment under Sentence four (doc. 13). Upon consideration, the undersigned finds that the Commissioner's motion (doc. 13) is due to be granted and this matter remanded to the Commissioner for consideration of the additional evidence and to further evaluate the Administrative Law Judge's decision in this matter pursuant to Agency policies. The court further finds the remaining motions to be moot. An appropriate order will be entered.

**DONE**, this the 9th day of January, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge